IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JEAN MURAT MONTREVIL, A40 135 784   \*
    Petitioner
                                   \*

   v.                                              CIVIL ACTION NO. JFM-05-2231
                                   \*

U.S. IMMIGRATION AND CUSTOMS
 ENFORCEMENT, et al.,
    Respondents                \*
                                  \*\*\*\*\*\*

## **MEMORANDUM**

On August 15, 2005, this Petition for Writ of Habeas Corpus was received for filing in this court. Petitioner sought to compel the Department of Homeland Security to release him from its custody pending his removal. Paper No. 1.

Petitioner is a native and citizen of Haiti who is subject to an administratively final order of deportation. Paper No. 3. On August 25, 2005, petitioner was released from ICE custody under an Order of Supervision. *Id*., Ex. 1. In light of this information, petitioner's habeas challenge to his post-order detention under *Zadvydas v. Davis*, 505 U.S. 277 (2001), has been rendered moot.

A separate Order shall be entered dismissing this petition without oral hearing.

<u>October 18, 2005</u>                                      <u>/s/                             </u>
  Date                                              J. Frederick Motz
                                                 United States District Judge